IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

TRAVANTI DOMINIQUE SCHMIDT,

    Plaintiff,

v.

ELLEN RAY, WILLIAM BROWN,
LIEUTENANT ESSER and
CO OSWALD,

    Defendants.

JUDGMENT IN A CIVIL CASE

15-cv-538-wmc

---

This action came for consideration before the court with District Judge William M. Conley presiding. The issues have been considered and a decision has been rendered.

---

IT IS ORDERED AND ADJUDGED that judgment is entered dismissing this case without prejudice.

| /s/ | 10/15/2018 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |